1  DEAN HIMBLER AVILES (Full Name)
2  1104 WEST 61OT STREET (Address Line 1)
3  LOS ANGELES, CA 90044 (Address Line 2)
4  (562) 787-1094 (Phone Number)
5  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2021
CENTRAL DISTRICT OF CALIFORNIA
BY KMH  DEPUTY

RELATED DDJ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEAN HIMBLER AVILES, ET AL. AND ALL OTHERS SIMILARLY SUITED/SITUATED )
Plaintiff )
)
vs. )
)
RIVERSIDE COUNTY SHERIFFS )
DEPARTMENT AND COUNTY )
OF RIVERSIDE, ET AL., )
)
)
Defendant(s). )

Case No.: 5:21-CV-1701-JGB-JPR
(To be supplied by the Clerk)

CLASS ACTION COMPLAINT
Jury Trial Demanded: ☒ Yes ☐ No
COMPLAINT FOR VIOLATION
OF CONSTITUTIONAL RIGHTS
AND DUE PROCESS FOR
CASE NO. SWM1309498

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1.   This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2.   Venue is proper pursuant to 28 U.S.C. § 1391 because THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA HAS JURISDICTION OVER COUNTY OF RIVERSIDE AND SHERIFFS.

## III. PARTIES

3. Plaintiff *ALL OTHERS SIMILARLY SUITED AND SITUATED AND DEAN HIMBLER AVILES, ETAL* resides at:
(your full name)

1104 WEST 61ST STREET, LOS ANGELES, CA, 90044
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant *COUNTY of RIVERSIDE SHERIFFS DEPARTMENT* works at
(full name of Defendant)

333 WEST LIMITED AVENUE, LAKE ELSINORE, CA, 92530.
(Defendant's place of work)

Defendant's title or position is *RIVERSIDE COUNTY SHERIFF DEPUTIES*.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☒ official capacity

This Defendant was acting under color of law because: *THE RIVERSIDE COUNTY SHERIFF'S DEPARTMENT AGENCY WAS THE ARRESTING LAW ENFORCEMENT FOR STATE COURT CASE No. SWM1309499*

5. Defendant *COUNTY of RIVERSIDE, ETAL,* works at
(full name of Defendant)

4100 MAIN STREET, RIVERSIDE, CA, 92501.
(Defendant's place of work)

Defendant's title or position is *SUPERIOR COURT OF CALIFORNIA*.
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☒ official capacity

This Defendant was acting under color of law because: *COUNTY OF RIVERSIDE / SUPERIOR COURT OF CALIFORNIA PROSECUTED CRIMINAL STATE COURT CASE No. SWM1309499*

2
Page Number

Pro Se Clinic Form

___. Defendant _____ works at
*Insert ¶ #*          *(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

___. Defendant _____ works at
*Insert ¶ #*          *(full name of Defendant)*

_____
*(Defendant's place of work)*

Defendant's title or position is _____
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

3
―――
Pro Se Clinic Form             *Page Number*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. PLAINTIFF DEAN HIMBLER AVILES FILED CASE NO. SWV1300756 ON SEP 13TH, 2013 (9/13/2013) IN THE SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE HEMET COURT SEEKING DOMESTIC VIOLENCE RESTRAINING ORDER AGAINST HIS WIFE MARIA YESENIA AVILES, AND WAS DENIED PURSUANT TO FAMILY CODE §§ 6320 AND 6320.5)

2. PLAINTIFF DEAN HIMBLER AVILES, WAS ARRESTED ON OR ABOUT OCTOBER 24TH 2013 (10/24/2013) ON PLAINTIFF'S BIRTHDAY, BY RIVERSIDE COUNTY SHERIFF DEPUTY MILLER of THE LAKE ELSINORE POLICE / SHERIFF'S DEPARTMENT, CHARGING PLAINTIFF WITH DOMESTIC VIOLENCE ALLEGATIONS DATED 10/24/2013. (LL1329701(9)

3. DEFENDANT COUNTY of RIVERSIDE FILED FORMAL CHARGES ON OR ABOUT 12/17/2013 AGAINST PLAINTIFF, CHARGING PLAINTIFF WITH MULTIPLE COUNTS of 243(E)(1) PC

Page Number: 4

Pro Se Clinic Form

4. DEFENDANT'S RIVERSIDE COUNTY SHERIFF'S DEPARTMENT FORGED / FALSIFIED / AND OR BACKDATED THE FACTUAL ARREST DATED 10/24/2013 TO 09/09/13 (SEPTEMBER 9TH, OF 2013). 4 DAYS EARLIER THAN THE DENIED PETITION PLAINTIFF HIMBLER AVILES FILED CASE NO. SWV1300756 FILED ON OR ABOUT 09/13/2013 (D.A SEPTEMBER 13TH, 2013).

5. PLAINTIFF DEAN HIMBLER AVILES, AT ALL TIMES THROUGH PRIVATE COUNSEL AND PUBLIC APPOINTED COUNSEL, WISHED TO EXCERCISE HIS RIGHTS (CONSTITUTIONAL) TO A TRIAL BY JURY FOR DOMESTIC VIOLENCE CASE SWM1309498. DEFENDANTS AND PLAINTIFFS COUNSEL ONLY FILED CONTINUANCES AND NEVER TRIED CASE NO. SWM1309498, RATHER PERSUATING PLAINTIFF INTO ENTERING A PLEA BARGAIN.

6. DEFENDANTS VIOLATED DEFENDANTS RIGHT TO A SPEEDY TRIAL UNDER THE SIXTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND DEFENDANTS / PLAINTIFFS RIGHT TO PROSECUTION WITHOUT DELAY UNDER RULE 48(B) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

## V. CLAIMS

### Claim #1

7. Plaintiff realleges and incorporates by reference all of the paragraphs above.

8. Plaintiff has a claim under 28 U.S.C. Section 2671, et seq for violation of the following federal constitutional or statutory constitutional right:

RETALIATION AGAINST PLAINTIFF FOR FILING CASE No. SWV1300756, DEFENDANT'S FORGERY OF ARREST FOR CASE No. SWM1309498

9. The above constitutional right was violated by the following Defendants:

VIOLATING PLAINTIFF'S SIXTH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION, THROUGH ABUSIVE CONTINUANCES FOR CASE No SWM1309498

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

10. PLAINTIFF WAS DEPRIVED OF HIS CONSTITUTIONAL RIGHT TO A TRIAL BY A JURY, TO PRESENT EVIDENCE ON HIS BEHALF, TO CROSS EXAMINE ALL WITNESSES, HAVE SUBPOENAS AGAINST ALL MEDICAL RECORDS, DOCTORS, PHYSICIANS, EMT AND OTHERS FOR FACTUAL EVIDENCE AGAINST ALL INJURIES THAT THE VICTIM SUFFERED, CAUSED BY PLAINTIFF.

11. As a result of the Defendant's violation of the above constitutional right, Plaintiff was harmed in the following way:

PLAINTIFF'S SUMMARY PROBATION EXTENDED UNTIL 04/24/23, DENIAL of NOLO CONTENDERE PLEA WITHDRAWL FOR CASE No. SWM1309498, AND FOR A TRIAL BY JURY FOR CASE No. SWM1309498

6

Pro Se Clinic Form                    Page Number

## Claim #( 2 )
*(insert Claim#)*

12. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your constitutional rights claim.)*

13. MALICIOUS PROSECUTION, CAUSED BY DEFENDANTS, ABUSING CONTINUANCES, ISSUING ABUSIVE BENCH WARRANTS, HARRASSING PLAINTIFF USING THE RIVERSIDE COUNTY SHERIFFS DEPARTMENT, DURING DOMESTIC VIOLENCE PROCEEDINGS FOR SWM1309498

14. Plaintiff alleges the above claim against the following Defendant(s):

COUNTY of RIVERSIDE ARE THE CAUSE of THE VIOLATION of DUE PROCESS AND VIOLATIONS OF PLAINTIFF'S CONSTITUTIONAL RIGHTS

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

15. COURT DOCKET MINUTE ORDERS FOR CASE NO. SWM1309498, EXIST IN SUPPORT OF THE ABUSIVE PRACTICES, CODE of CONDUCT BY DEFENDANTS THROUGH BENCH WARRANTS, BAIL SCHEDULES, AND EXCESSIVE CONTINUANCES SINCE 10/24/2013 UNTIL PRESENT DAY.

16. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

PLAINTIFFS INFLICTION OF EMOTIONAL DISTRESS, INCLUDING LOSS OF CAPACITY FOR THE ENJOYMENT OF LIFE, ALL WHICH ARE CONTINUING OR ARE PERMANENT IN NATURE

Pro Se Clinic Form                    Page Number 7

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

17. FOR THE HONORABLE COURT TO FILE THIS CONSTITUTIONAL RIGHTS COMPLAINT AS A CLASS ACTION.

18. FOR THIS HONORABLE COURT TO APPOINT CLASS ACTION COUNSEL FOR THIS MATTER

19. FOR A MONETARY DEMAND of 13 MILLION U.S.D / 13,000,000.00 IN DAMAGES AGAINST DEFENDANTS FOR UNKNOWN PLAINTIFF'S AT THIS TIME, SIMILARILY SUITED AND SITUATED.

20. FOR THE COURT TO GRANT SUCH OTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE.

Dated: _____
Sign: _____
Print Name: DEAN HIMBLER AVILES, PEPPER

8

Pro Se Clinic Form                Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 10/02/21

Sign: _[signature]_

Print Name: DEAN FLIMBLER AVILES, PROPER

___. Defendant _____ works at
<span style="font-style:italic">Insert ¶ #</span>            *(full name of Defendant)*

_____.
                          *(Defendant's place of work)*

Defendant's title or position is _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because _____
_____
_____
_____

___. Defendant _____ works at
<span style="font-style:italic">Insert ¶ #</span>            *(full name of Defendant)*

_____.
                          *(Defendant's place of work)*

Defendant's title or position is _____.
                                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because _____
_____
_____
_____

